IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEARONARDO TRUSS, #220768, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:09cv120-WHA |
| WILLIE THOMAS, et al., | ) ) ) |
| Respondents. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #5), entered on February 24, 2009, the Recommendation is adopted, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 17th day March, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE